■ In the Matter of TODD CHANEY, Appellant, v TINA M. STANFORD, as Chair of the Board of Parole, Department of Corrections and Community Supervision, Respondent. [26 NYS3d 487]—Appeal from a judgment of the Supreme Court (Mott, J.), entered June 5, 2015 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner commenced this CPLR article 78 proceeding seeking to challenge a January 2014 determination of the Board of Parole denying his request for parole release. Supreme Court dismissed the petition on the merits, prompting this appeal. The Attorney General has advised this Court that petitioner reappeared before the Board in January 2016, at which time he was granted an open date for parole release. Accordingly, this appeal is moot and must be dismissed (*see Matter of Irving v Evans*, 120 AD3d 1502, 1502 [2014]; *Matter of Beltran v New York State Bd. of Parole*, 105 AD3d 1224, 1224-1225 [2013]). Contrary to petitioner's assertion, the exception to the mootness doctrine finds no application here (*see Matter of Butler v New York State Div. of Parole*, 74 AD3d 1533, 1533 [2010]).

McCarthy, J.P., Egan Jr., Rose and Devine, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.